# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### DIVISION

FED USA FRANCHISING, INC.,

        Plaintiff,

                                    CASE NO.: 8:12-cv-02416

vs.

MERILLE, INC.; LIZETT MERILLE; and
JOSE E. MERILLE,

        Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

        Plaintiff, FED USA FRANCHISING, INC., by and through their counsel undersigned, hereby serve this, their Notice of Voluntary Dismissal with Prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), as to all claims against Defendants, MERILLE, INC.; LIZETT MERILLE; and JOSE E. MERILLE, and would state on the record that this matter has been amicably resolved between the parties and shall act as an adjudication on the merits with each party agreeing to pay all of their own costs and attorney's fees associated with this claim.

## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished to HIMANSHU M. PATEL, ESQUIRE, 100 SE 2nd Street Suite 2700, Miami,

FL 33131, [HPatel@zarcolaw.com](mailto:HPatel@zarcolaw.com), Attorney for Defendants, on July 1, 2013.


/s/ William A. Kebler
William A. Kebler
Florida Bar No: 0716911
BANKER LOPEZ GASSLER P.A.
501 1st Avenue North, Suite 900
St. Petersburg, FL  33701
(727) 825-3600
Email: service-wkebler@bankerlopez.com
Attorneys for Plaintiff